**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | **Crim. No. 20-CR-201(RBW)** |
| **MARK CRAWFORD** : | |

**DEFENDANT'S RESPONSE TO COURT ORDER ISSUED ON**
**OCTOBER 28, 2020 (DOC # 26)**

Defendant Mark Crawford, through counsel, submits this response to the Court Order issued on October 28, 2020 (Doc # 26).

Defendant submits that Standing Order 20-68 (BAH) does not toll the time to try his case for all time from indictment to November 9, 2020. The Standing Order has two paragraphs that are relevant to the Court's inquiry, paragraphs numbered 1 and 2.

Paragraph 1 states, in relevant part, "All ... criminal petit jury selections and jury trial scheduled to commence before **November 9, 2020** are POSTPONED and CONTINUED pending further Order of the Court. The scheduling of criminal trials will be given precedence in the scheduling of jury trials to take place on or after November 9, 2020..." (emphasis in original.) Defendant's trial was not scheduled to begin before November 9th, so this paragraph is not applicable to this case.

Paragraph 2 is entitled "Speedy Trial Act Exclusion for Postponed Criminal Trials." This paragraph merely extends the times set forth in previous Standing Order(s) and does not apply to Mr. Crawford's case since his trial has not been postponed, indeed a trial date has not yet been set.

Respectfully Submitted,

/s/_____
Mary E. Davis #385583

/s/_____
Christopher M. Davis #385582

Davis & Davis
1350 Connecticut Ave., NW
Suite 202
Washington, DC 20036

(202) 234-7300

CERTIFICATE OF SERVICE

I hereby certify that all counsel of record will be served via the Court's CM/ECF on this 30th day of October 2020.

/s/_____
Mary E. Davis